FILED
CLERK, U.S. DISTRICT COURT

AUG - 1 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JOSE M. CORONA,<br><br>　　　　　　Defendant. | Case No.: CR 08-0302-GW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the <u>District of Nebraska</u> for alleged violation(s) of the terms and conditions of his/her ~~[probation]~~ ([supervised release]) and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on <u>nature of alleged violations; absence of current information regarding bail resources and community ties.</u>

and/or

B. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: nature of alleged violations; prior criminal history

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 8/1/14

*Carla M. Woehrle*
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE