FILED
CLERK, U.S. DISTRICT COURT
APR - 1 2015
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

SB for KL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08 CR-00302-GW |
| Plaintiff, ) | ORDER OF DETENTION AFTER |
| ) | HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | Allegations of Violations of Probation |
| ) | Supervised Release) |
| JOSE M. CORONA ) | Conditions of Release) |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  ☒  the appearance of defendant as required; and/or

(B)  ☒  the safety of any person or the community.

//
//

The court concludes:

A. ☒ Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

THERE ARE ANY ~~PROPOSED~~ THAT CONDITIONS OR COMBINATION OF CONDITIONS WHICH WILL MITIGATE THE RISK OF DANGER TO THE COMMUNITY.

(B) ☒ Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

THERE ARE ANY CONDITIONS OR COMBINATION OF CONDITIONS WHICH WILL MITIGATE THE RISK OF NON-APPEARANCE.

IT IS ORDERED that defendant be detained.

DATED: 4/1/15

*/s/ John E. McDermott*
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE